

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-16-00395-CV

Matthew **PERDUE** and Team 1 Consulting, LLC,
Appellants

v.

Jay D. **PFEIFER** and CCNBI, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07859
Honorable Renée Yanta, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

The appellants' joint motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to May 12, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court